# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SACV 16-0733-DOC (PLAx)                    Date:  September 8, 2017

Title: CONNIE BARRACLOUGH V. THE CITY OF NEWPORT BEACH, ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Goltz | Not Present |
|:---:|:---:|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|:---:|:---:|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):     ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

This case was referred to Judge Paul L. Abrams for settlement, and Judge Abrams informed the parties to meet and confer and agree on a date for a settlement conference. *See* Text Only Entry, Feb. 8, 2017 (Dkt. 52). Since February, there has been no action in this case and the Court has not been notified of a settlement.

The parties are therefore ORDERED to submit a status report updating the Court on the status of this case **on or before September 18, 2017**. Alternatively, the parties may file a notice of settlement by the same deadline. Failure to do so may result in this case being dismissed for lack of prosecution.

The Clerk shall serve this minute order on the parties.

CIVIL-GEN